IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION


**ALLISON JEAN LAPA,**

    Plaintiff,

  vs.                              Civil Action 2:08-CV-1005
                                    Judge Marbley
                                    Magistrate Judge King

**MICHAEL J. ASTRUE,** Commissioner
of Social Security,

    Defendant.


<u>**ORDER**</u>

Plaintiff's motion to dismiss, Doc. No. 13, is hereby **GRANTED.**

This action is hereby **DISMISSED with prejudice.**


                                                *s/Algenon L. Marbley*
                                                Algenon L. Marbley
                                         United States District Judge