**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

**ALLISON JEAN LAPA,**

        **Plaintiff,**

    **vs.**                                        **Civil Action 2:08-CV-1005**
                                                      **Judge Marbley**
                                                      **Magistrate Judge King**

**MICHAEL J. ASTRUE, Commissioner**
**of Social Security,**

        **Defendant.**

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED That pursuant to the January 27, 2009 Order, Plaintiff's motion to dismiss is hereby GRANTED. This action is hereby DISMISSED.

Date: **January 27, 2009**                    **James Bonini, Clerk**

                                                                  s/Betty L. Clark
                                                               Betty L. Clark/Deputy Clerk